# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAWRENCE JEBURK,<br><br>Petitioner,<br><br>v.<br><br>LOUIS MILUSNIC, Warden<br><br>Respondent. | Case No. CV 19-1666-ODW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, Respondent's Motion to Dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed objections. The Court engaged in a de novo review of those portions of the Report and Recommendation to which objections were made. The Court accepts the report, findings, and recommendations of the Magistrate Judge. The Court has also reviewed the Second Amended Petition and finds that it offers no basis for granting Petitioner habeas relief.

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered GRANTING Respondent's Motion to Dismiss and DISMISSING the First Amended Petition and Second Amended Petition.

Date: October 9, 2019

OTIS D. WRIGHT II
United States District Judge