# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAWRENCE JEBURK,<br><br>Petitioner,<br><br>v.<br><br>LOUIS MILUSNIC, Warden<br><br>Respondent. | Case No. CV 19-1666-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition and Second Amended Petition are dismissed, and this action dismissed without prejudice to Petitioner filing a separate federal civil rights action.

Date: October 9, 2019

_____
OTIS D. WRIGHT II
United States District Judge